UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MARTINEZ, JR., <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHWEST AIRLINES CO. and DOES 1 to 50, Inclusive, <br><br> Defendants. | Case No.: 5:21-cv-02154-SVW (ASx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

# ORDER

Based upon the Stipulation by and between plaintiff Juan Martinez, Jr. and defendant, Southwest Airlines Co., IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed in its entirety, with prejudice, with each party to bear its own costs and fees.

DATED: August 17, 2022

_____
Honorable Stephen V. Wilson
U.S. District Court Judge

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO.: 5:21-CV-02154-SVW (ASX)